# UNITED STATES DISTRICT COURT
Middle District of Pennsylvania

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| LUIS DAMIAN ORTIZ-SOTO | |

Case No. 1:17-CR-0012-01
USM No. 42954-069

Ari D. Weitzman, AFPD
*Defendant's Attorney*

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) ___General, Special & Std 2,3___ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| General | The defendant shall not unlawfully possess a controlled | 04/28/2017 |
| | substance. The defendant shall refrain from any unlawful | |
| | use of a controlled substance. The defendant shall submit | |
| | (cont'd on Page 2) | |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3622

Defendant's Year of Birth: 1991

City and State of Defendant's Residence:
Lebanon, Pennsylvania

10/31/2017
Date of Imposition of Judgment

/S/ Christopher C. Conner
Signature of Judge

CHRISTOPHER C. CONNER, CHIEF JUDGE
Name and Title of Judge

10/31/2017
Date

DEFENDANT: LUIS DAMIAN ORTIZ-SOTO
CASE NUMBER: 1:17-CR-0012-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| (cont'd) | to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. | |
| General | The defendant shall not commit another federal, state, or local crime. | 04/28/2017 |
| Standard #2 | The defendant shall report to the probation officer in a manner and frequency directed by the probation officer. | 04/28/2017 |
| Standard #3 | The defendant shall answer truthfully all inquiries by the probatio officer and follow the instructions of the probation officer. | 04/28/2017 |
| Special | The defendant shall perform 300 hours of unpaid community service work at a private non-profit or public facility to be selected under such arrangements as the U.S. Probation Office or the Court may determine. | 04/28/2017 |
| Special | The defendant shall submit to pyschiatric and/or psychological evaluation to determine if treatment is required, if so, engage in such treatment as arranged and approved by the U.S. Probation Office until duly discharged by authorized program personnel with the approval of the U.S. Probation Officer. | 04/28/2017 |

DEFENDANT: LUIS DAMIAN ORTIZ-SOTO
CASE NUMBER: 1:17-CR-0012-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Seven (7) Months

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:  LUIS DAMIAN ORTIZ-SOTO
CASE NUMBER:  1:17-CR-0012-01

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

One (1) Year, subject to the same conditions of supervised release previously set for defendant in the District of Puerto Rico, Case No. 3:13-CR-0730-01.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.